SMITH v. UNDERWOOD

No. 4A94

Case below: 113 N.C.App. 45

Petition by defendant-appellant (Sam B. Underwood, Jr.) for temporary stay allowed 14 January 1994 pending receipt of petitioners' response. Petition filed by defendant for writ of supersedeas allowed 27 January 1994.

STATE v. BAKER

No. 546P93

Case below: 112 N.C.App. 410

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 27 January 1994.

STATE v. BENNETT

No. 563P93

Case below: 112 N.C.App. 643

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 January 1994.

STATE v. BEST

No. 558P93

Case below: 112 N.C.App. 544

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 27 January 1994.

STATE v. BEVERIDGE

No. 1A94

Case below: 112 N.C.App. 688

Petition by Attorney General for writ of supersedeas and temporary stay denied 5 January 1994.